IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELSEY MCNATT, <br><br>　　　　　　Plaintiff, <br>v. <br><br>LIMANJUN8868, et al., <br><br>　　　　　　Defendants. | Civil Action No. <br><br>25-cv-00883 <br><br>(Judge Stickman) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants hwueba, WuMaoMaoYi, HIENAJ, jinggeds, Kimmy Happy Home, poste two, cartoon posters local, Creative decorative paintings, Decorative posters, Niceposter, Personalized decorative painting, Thegood poster, The Room decoration shop, CardCrafts, with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 11, 2025　　　　　　/s/ Stanley D. Ference III　　　
　　　　　　　　　　　　　　　　　　　　Stanley D. Ference III
　　　　　　　　　　　　　　　　　　　　Pa. ID No. 59899
　　　　　　　　　　　　　　　　　　　　courts@ferencelaw.com

　　　　　　　　　　　　　　　　　　　　FERENCE & ASSOCIATES LLC

409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff

- 2 -